FILED
2011 MAR 15 PM 4:47
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HEATHER CLARK, DAVID CLAXTON, and DAVID M. COMPTON, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 10-CV-869-LY |
| WILLIAMSON COUNTY, | § § | |
| Defendant. | § | |

### ORDER

Came before the Court the "Plaintiffs' Motion (1) for Conditional Certification of the Plaintiff Class; (2) to Serve Notice of Suit Upon Potential Plaintiff Class Members; and (3) to Compel Defendant to Provide the Names and Last Known Addresses of Potential Class Members." Having considered the motion, together with the arguments of the parties thereon, the Court hereby GRANTS the motion.

The Court hereby conditionally certifies a plaintiff class composed of the following persons.

> ALL NON-EXEMPT PARAMEDICS EMPLOYED IN THE WILLIAMSON COUNTY EMS AT ANY TIME SINCE NOVEMBER 15, 2007.

This conditional certification is without prejudice to the Defendant's right to seek decertification at the conclusion of discovery if Defendant feels persons in the above-referenced class are not in fact similarly situated.

Defendant is ordered to provide Plaintiffs' counsel, in electronic form, the names and last known addresses of all non-exempt paramedics employed in the Williamson County EMS at any time since November 15, 2007, within 14 days of the date of this Order.

Plaintiffs' counsel is ordered to provide all potential class members a copy of the notice attached to Plaintiffs' motion as Exhibit B by first class mail within 14 days after receiving their names and addresses from the Defendant.

The Court hereby sets a deadline of 90 days from the date of this Order for potential plaintiff class members to "opt-in" to this action by filing, through Plaintiffs' attorney, the Consent to Sue form attached to the notice received by them.

Signed this 15th day of March, 2011.

LEE YEAKEL
United States District Judge